IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 5, 2007

Charles R. Fulbruge III
Clerk

No. 07-10642
Summary Calendar

Harry Steven Ray

Plaintiff-Appellant

v.

Compass Bank

Defendant-Appellee

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 3:06-CV-1153

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The court has carefully reviewed this appeal in light of the briefs, pertinent portions of the record, and governing law. Having done so, we find no genuine issues of material fact that (1) Compass afforded the appellant all the benefits he was entitled to for FMLA leave; and (2) the decision to terminate Ray, having been made before he requested FMLA leave, could not have been a

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discriminatory response to that request. The careful analysis of the district court contains no reversible error of law or fact.

AFFIRMED.